■ HENOR REALTY CORPORATION, Appellant, v. AMBROSIO VASQUEZ, Respondent. HENOR REALTY CORPORATION, Appellant, v. LINA DADDINO, Respondent.— In summary holdover proceedings to recover possession of real property, the landlord appeals, by permission of this court, from two orders of the Appellate Term, dated February 20, 1957, which reversed final orders of the Municipal Court of the City of New York, Borough of Brooklyn, First District, in favor of the landlord, and directed new trials by jury. Pursuant to rule XXVI of the rules of this court, the landlord has filed a stipulation for judgment absolute. Orders of the Appellate Term unanimously affirmed and order absolute directed in favor of respondents, with costs in all courts.. On the return day of the precepts, the proceedings were marked " adjourned by consent " without any demand, at that time, for a jury trial. Such demand was filed on the adjourned date. The circumstances presented by this record do not warrant the finding of waiver of trial by jury. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of JOSEPH P. GRACE, JR., et al., as Trustees of the Trust Created by JOSEPH P. GRACE and another, Respondents. MICHAEL P. GRACE, II, Appellant; JOSEPH P. GRACE, III, et al., Respondents.— In this proceeding pursuant to article 79 of the Civil Practice Act to settle the account of proceedings of the trustees, a member of the committee of an incompetent beneficiary of the trust, in his representative capacity and individually, filed objections thereto, supplemented by his affidavit. The proceeding was referred to an Official Referee to hear and determine. A motion to dismiss the objections, as supplemented, on the grounds that they were not· timely served and filed, that they were frivolous, without merit, and insufficient in law and unsupported by facts, was also referred to the Official Referee to hear and determine. The appeal is from the order of the Official Referee granting the motion on the merits and dismissing the objections as supplemented by the affidavit. Order unanimously affirmed, with $50 costs and disbursements to respondents filing separate briefs, payable by the appellant personally. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ SARAH KANARE et al., Respondents, v. CITY OF NEW YORK, Appellant. — In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order denying a motion, pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of prosecution, on condition that respondents serve and file a note of issue for the next available term. Order reversed, without costs, and motion granted, without costs. Under all the circumstances, it was an improvident exercise of discretion not to have granted the motion to dismiss the complaint for lack of prosecution. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.